# EXHIBIT 2

01/05/2024, 12:23                            Disguise Mail - Follow-Up to our Meeting

                  **Fernando Kufer <fernando.kufer@disguise.one>**

## Follow-Up to our Meeting
22 messages

**David Raun** <DRaun@onestopsystems.com>             13 December 2022 at 01:16
To: Fernando Kufer <fernando.kufer@disguise.one>

Hello Fernando,

Thanks for meeting with me in the UK.

The following day I met with my board as planned on this matter along with a follow-on discussion today with Ken Potashner, our Chairman. Although we have enjoyed and valued our partnership over the years and have been very flexible during some challenging times, the risk profile is getting to great based on future projections and your transitions.

I have tried to summarize what I heard and the position of OSS moving forward to address the risk.

Thanks

Dave

**David Raun**

**President & CEO**

925.200.6938 Mobile (Preferred)

760.466.1640 Direct Office

https://www.linkedin.com/in/davidraun/



This email message is for the sole use of the intended recipient(s) and contains confidential information. Any unauthorized use, disclosure or distribution is prohibited. If you are not an intended recipient, please contact the sender by reply email and destroy all copies of the original message.

 **OSS Disguise 12-12-2022.pdf**
79K

1. Based on our meeting on 12-7-2022, our takeaway was the following:
    a. Revenue projections for 2023 are ~ $2.8 million (~$19M in 2022)
        i. Current purchase orders represent the total demand
    b. VX products will now be replaced by "X-Box" products, before Neo
    c. No OSS path to be a supplier on GX3, X-Box or Neo
    d. Some potential for a military program in the future
    e. Disguise is unable to make the catch-up payment on 12/16 to pay down past due AR
    f. Disguise will continue to make a payment of $400K per week.
    g. Fernando and the Disguise Chairman are willing to have meeting with OSS and/or put in writing a guarantee to pay all amounts due and take all inventory/products
    h. Disguise stated it may not want the GX2 products on current PO built, but rather purchase the piece parts.
    i. Disguise is challenging some of the inventory as inventory OSS did not purchase for Disguise[1].

2. Based on this information and our revised business relationship moving forward, OSS needs to alter our risk profile and relationship as follows:
    a. A ship hold has been put in place for all shipments effective immediately.
        i. OSS cannot allow the AR and past AR balance grow
    b. To remove ship hold, the following needs to take place:
        i. Payment to bring disguise current (all past due AR) and must stay current
        ii. Shipment of the GX2 Products at current pricing[2]. No price increases.
        iii. Agreement in writing to take all products and inventory
        iv. A guarantee from Carlyle Group Inc that they will guarantee all amounts due
        v. Price increase of 15% to cover overhead, labor hours and inflationary costs on all VX product shipments.
        vi. Payment of 150% COD for all future shipments until AR, credit limit and WC limits are brought within reasonable levels consistent with the lower revenues.

Footnotes:

1. Other than a buy of additional CPUs where we were able to get a very good price by purchasing a higher quantity, all other inventory was purchased for Disguise. This higher qty buy benefited Disguise and OSS. OSS will absorb these CPUs but will not absorb other products.
2. The GX2c POs have been pushed out many times well beyond the agreement guidelines. Per agreement, these are shippable now as full systems.